1

2

3

**FILED**
CLERK, U.S. DISTRICT COURT

5/16/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    January 2024 Grand Jury

11   UNITED STATES OF AMERICA,         CR No.  5:24-CR-00128-JGB

12          Plaintiff,                 I N D I C T M E N T

13          v.                         [18 U.S.C. §§ 2261A(2)(B),
                                       2261(b)(5): Stalking; 18 U.S.C.
14   EDUARDO VICENTE PELAYO            § 875(c): Threats; 18 U.S.C.
        RODRIGUEZ,                     § 844(e): Threats and False
15                                     Information Regarding Fire and
            Defendant.                 Explosives; 18 U.S.C.
16                                     § 1038(a)(1): False Information
                                       and Hoaxes]
17

18        The Grand Jury charges:

19                          COUNT ONE

20            [18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

21        1.   Beginning on or about January 18, 2023, and continuing to

22   on or about February 8, 2023, in Riverside County, within the Central

23   District of California, and elsewhere, defendant EDUARDO VICENTE

24   PELAYO RODRIGUEZ ("RODRIGUEZ"), with the intent to harass and

25   intimidate Victim D.M., used an interactive computer service, an

26   electronic communication service, an electronic communication system

27   of interstate commerce, and other facilities of interstate and

28   foreign commerce, namely, interstate wires and the Internet, to

engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim D.M.

2. Defendant RODRIGUEZ's course of conduct included, among other things, the following:

a. On or about January 18, 2023, defendant RODRIGUEZ called a suicide prevention center, gave information consistent with the identity of Victim D.M. as the individual calling, and stated in substance, among other things, that his daughter had been raped.

b. On or about January 22, 2023, defendant RODRIGUEZ called a suicide prevention center and stated in substance, among other things, that his name was Victim D.M.'s name and he had drunk a dangerous substance.

c. On or about January 23, 2023, defendant RODRIGUEZ called a veterans crisis line and stated in substance, among other things, that his name was Victim D.M.'s name, gave other information consistent with the identity of Victim D.M., and stated that his daughters had been raped and that he wanted to kill himself. He further stated that he was holding a gun and drinking to kill himself.

d. On or about January 23, 2023, defendant RODRIGUEZ called a suicide prevention center, gave information consistent with the identity of Victim D.M. as the individual calling, and stated, among other things, that he wanted to kill himself, that he had a gun next to him, as well as a kitchen knife, and that he wanted to cut his vein.

//

//

e.   On or about January 23, 2023, defendant RODRIGUEZ called a veterans crisis line and stated in substance, among other things, that his name was Victim D.M.'s name, that he wanted to kill himself, that he had a gun to his forehead, and that he had cut his veins with a knife.  He further stated that he was holding a gun and drinking to kill himself.

f.   On or about February 5, 2023, defendant RODRIGUEZ called a veterans crisis line and stated in substance, among other things, that his name was Victim D.M.'s name, gave information consistent with the identity of Victim D.M. as the individual calling, claimed that he had raped his daughter and she was currently tied up, and that he wanted to kill himself and his daughters.

g.   On or about February 6, 2023, defendant RODRIGUEZ called an elementary school in Riverside County, California ("School A"), and stated in substance, among other things, that his name was Victim D.M.'s name, and that he was the next mass shooter of 2023.

h.   On or about February 8, 2023, defendant RODRIGUEZ called an elementary school in Riverside County, California ("School B"), and stated in substance, among other things, that his name was Victim D.M.'s name and that he was the next mass shooter of 2023.

i.   On or about February 8, 2023, defendant RODRIGUEZ called an elementary school in San Bernardino County, California ("School C"), and stated in substance, among other things, that his name was Victim D.M.'s name, he was on the way to shoot up the school, he would be there in ten minutes, he was the new mass shooter of 2023, and they were going to pay.

j.   On or about February 8, 2023, defendant RODRIGUEZ called an elementary school in Riverside County, California ("School

3

D"), and stated in substance, among other things, that his name was Victim D.M.'s name and he had planted bombs at the school.

        k.   On or about February 8, 2023, defendant RODRIGUEZ called a high school in Riverside County, California ("School E"), and stated in substance, among other things, that his son's name was Victim D.M.'s name, his gun was missing, and his son had bullets.

        l.   On or about February 8, 2023, defendant RODRIGUEZ called a high school in San Bernardino County, California ("School F"), and stated in substance, among other things, that his name was Victim D.M.'s name, he was the next school mass shooter of 2023, and they were all going to die.

        m.   On or about February 8, 2023, defendant RODRIGUEZ called an elementary school in Sandy Hook, Connecticut ("School G"), and stated in substance, among other things, that his name was Victim D.M.'s name, he was the next mass shooter of 2023, all the first graders and kindergarteners were going to die tomorrow, and that he had "put bombs."

        n.   On or about February 8, 2023, defendant RODRIGUEZ called Nashville International Airport, in Nashville, Tennessee, and stated in substance, among other things, that his name was Victim D.M.'s name and he had planted a bomb on a plane and at the airport. He further stated, "this is for ISIS" and "one hour, boom."

COUNT TWO

[18 U.S.C. § 875(c)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), with intent to issue a threat, and with knowledge and reckless disregard that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication that contained a true threat to injure the person of another, that is, a call made to an elementary school in Riverside County, California ("School B"), using Voice over Internet Protocol, in which defendant RODRIGUEZ stated in substance that his name was Victim D.M.'s name and that he was the next mass shooter of 2023.

COUNT THREE

[18 U.S.C. § 1038(a)(1)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ") knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, United States Code, Section 922(q)(2), Possession of a Firearm in a School Zone.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call an elementary school in Riverside County, California ("School B"), and stated in substance that his name was Victim D.M.'s name and that he was the next mass shooter of 2023.

1

2

3

4

5

6

7

8

9

10

11

12

13

COUNT FOUR

[18 U.S.C. § 875(c)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), with intent to issue a threat, and with knowledge and reckless disregard that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication that contained a true threat to injure the person of another, that is, a call made to an elementary school in Riverside County, California ("School H"), using Voice over Internet Protocol, in which defendant RODRIGUEZ stated in substance that there was going to be a mass shooting in five minutes and the person who answered the call was going to die.

COUNT FIVE

[18 U.S.C. § 1038(a)(1)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ") knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, United States Code, Section 922(q)(2), Possession of a Firearm in a School Zone.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call an elementary school in Riverside County, California ("School H"), and stated in substance that there was going to be a mass shooting in five minutes and the person who answered the call was going to die.

COUNT SIX

[18 U.S.C. § 875(c)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), with intent to issue a threat, and with knowledge and reckless disregard that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication that contained a true threat to injure the person of another, that is, a call made to an elementary school in San Bernardino County, California ("School C"), using Voice over Internet Protocol, in which defendant RODRIGUEZ stated in substance that his name was Victim D.M.'s name, he was on the way to shoot up the school, he would be there in ten minutes, he was the new mass shooter of 2023, and they were going to pay.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT SEVEN

[18 U.S.C. § 1038(a)(1)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ") knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, United States Code, Section 922(q)(2), Possession of a Firearm in a School Zone.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call an elementary school in San Bernardino County, California ("School C"), and stated in substance that his name was Victim D.M.'s name, he was on the way to shoot up the school, he would be there in ten minutes, he was the new mass shooter of 2023, and they were going to pay.

COUNT EIGHT

[18 U.S.C. § 875(c)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), with intent to issue a threat, and with knowledge and reckless disregard that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication that contained a true threat to injure the person of another, that is, a call made to an elementary school in Riverside County, California ("School D"), using Voice over Internet Protocol, in which defendant RODRIGUEZ stated in substance that his name was Victim D.M.'s name and he had planted bombs at the school.

COUNT NINE

[18 U.S.C. § 844(e)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), through the use of an instrument of interstate and foreign commerce, and in and affecting interstate and foreign commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate an individual, and unlawfully damage and destroy a building and other real and personal property, by means of an explosive.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call an elementary school in Riverside County, California ("School D"), and stated in substance that his name was Victim D.M.'s name and he had planted bombs at the school.

COUNT TEN

[18 U.S.C. § 1038(a)(1)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ") knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, United States Code, Section 2332a(a)(2), Use of a Weapon of Mass Destruction.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call an elementary school in Riverside County, California ("School D"), and stated in substance that his name was Victim D.M.'s name and he had planted bombs at the school.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT ELEVEN

[18 U.S.C. § 875(c)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), with intent to issue a threat, and with knowledge and reckless disregard that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication that contained a true threat to injure the person of another, that is, a call made to a high school in San Bernardino County, California ("School F"), using Voice over Internet Protocol, in which defendant RODRIGUEZ stated in substance that his name was Victim D.M.'s name, he was the next school mass shooter of 2023, and they were all going to die.

COUNT TWELVE

[18 U.S.C. § 1038(a)(1)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ") knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, United States Code, Section 922(q)(2), Possession of a Firearm in a School Zone.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call a high school in San Bernardino County, California ("School F"), and stated in substance that his name was Victim D.M.'s name, he was the next school mass shooter of 2023, and they were all going to die.

1

                              COUNT THIRTEEN

2                        [18 U.S.C. § 875(c)]

3        On or about February 8, 2023, in Riverside County, within the

4   Central District of California, and elsewhere, defendant EDUARDO

5   VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), with intent to issue a

6   threat, and with knowledge and reckless disregard that it would be

7   viewed as a threat, knowingly transmitted in interstate and foreign

8   commerce a communication that contained a true threat to injure the

9   person of another, that is, a call made to an elementary school in

10  Sandy Hook, Connecticut ("School G"), using Voice over Internet

11  Protocol, in which defendant RODRIGUEZ stated in substance that his

12  name was Victim D.M.'s name, he was the next mass shooter of 2023,

13  all the first graders and kindergarteners were going to die tomorrow,

14  and that he had "put bombs."

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FOURTEEN

[18 U.S.C. § 844(e)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), through the use of an instrument of interstate and foreign commerce, and in and affecting interstate and foreign commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate an individual, and unlawfully damage and destroy a building and other real and personal property, by means of an explosive.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call an elementary school in Sandy Hook, Connecticut ("School G"), and stated in substance that his name was Victim D.M.'s name, he was the next mass shooter of 2023, all the first graders and kindergarteners were going to die tomorrow, and that he had "put bombs."

COUNT FIFTEEN

[18 U.S.C. § 1038(a)(1)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ") knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, United States Code, Section 2332a(a)(2), Use of a Weapon of Mass Destruction; and Title 18, United States Code, Section 922(q)(2), Possession of a Firearm in a School Zone.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call an elementary school in Sandy Hook, Connecticut ("School G"), and stated in substance that his name was Victim D.M.'s name, he was the next mass shooter of 2023, all the first graders and kindergarteners are going to die tomorrow, and that he "put bombs."

COUNT SIXTEEN

[18 U.S.C. § 875(c)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), with intent to issue a threat, and with knowledge and reckless disregard that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication that contained a true threat to injure the person of another, that is, a call made to Nashville International Airport, in Nashville, Tennessee, using Voice over Internet Protocol, in which defendant RODRIGUEZ stated in substance that his name was Victim D.M.'s name and he had planted a bomb on a plane and at the airport.  He further stated, "this is for ISIS" and "one hour, boom."

COUNT SEVENTEEN

[18 U.S.C. § 844(e)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ"), through the use of an instrument of interstate and foreign commerce, and in and affecting interstate and foreign commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate an individual, and unlawfully damage and destroy a building and other real and personal property, by means of an explosive.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call Nashville International Airport, in Nashville, Tennessee, and stated in substance that his name was Victim D.M.'s name and he had planted a bomb on a plane and at the airport.  He further stated, "this is for ISIS" and "one hour, boom."

COUNT EIGHTEEN

[18 U.S.C. § 1038(a)(1)]

On or about February 8, 2023, in Riverside County, within the Central District of California, and elsewhere, defendant EDUARDO VICENTE PELAYO RODRIGUEZ ("RODRIGUEZ") knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, United States Code, Section 37, Violence at International Airports; and Title 18, United States Code, Section 2332a(a)(2), Use of a Weapon of Mass Destruction.  Specifically, defendant RODRIGUEZ used Voice over Internet Protocol to call Nashville International Airport, in Nashville, Tennessee, and stated in substance that his name was

//

//

1   Victim D.M.'s name and he had planted a bomb on a plane and at the

2   airport.  He further stated, "this is for ISIS" and "one hour, boom."

3

4                                              A TRUE BILL

5

6                                              /s/
                                        _____
7                                       Foreperson

8   E. MARTIN ESTRADA
    United States Attorney
9

10

11  CAMERON L. SCHROEDER
    Assistant United States Attorney
12  Chief, National Security Division

13  DAVID T. RYAN
    Assistant United States Attorney
14  Chief, Terrorism and Export
    Crimes Section
15
    JENNA W. LONG
16  Assistant United States Attorney
    Terrorism and Export Crimes
17  Section

18

19

20

21

22

23

24

25

26

27

28