```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                           05/22/2024

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY: ___AP___ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Eduardo Vicente Rodriguez<br>PLAINTIFF / DEFENDANT | CASE NUMBER: 5:24-CR-00128-JGB<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 5/21/2024  11:40 AM  ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:  18 U.S.C. Section 875(c); Section 1038(a)(1); Section 844(e) Threats; False Information and Hoaxes; Threats and False Information Regarding Fire and Explosives

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1993

8. Defendant has retained counsel:  ☑ No  ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: email sent 5/22/2024

10. Remarks (if any): _____

11. Name: SA Lisa Boylan  (please print)

12. Office Phone Number: 310-477-6565

13. Agency: FBI

14. Signature: *(signed)* L Byl

15. Date: 5/22/2024

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION