# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: 5:24-cr-00128-JGB |
| v. | |
| EDUARDO VICENTE PELAYO RODRIGUEZ, DEFENDANT. | **ABSTRACT OF COURT PROCEEDING** |

**TO:** UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable __Shashi H. Kewalramani__,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date  ☐ ordered  ☒ recommended that the above-named federal prisoner be:

☐ Allowed to make  ☐ _____ social  ☐ _____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith       ☐ as soon as possible       ☐ as requested, at suitable times

☐ Allowed social visits       ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to  ☐ MDCLA  ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for __mental health evaluation__
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: 05/22/2024

CLERK U.S. DISTRICT COURT
By: D. Castellanos, Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles   ☐ Southern Division-Santa Ana   ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____

| Name (Print) | Title | Signature |
|---|---|---|

*cc:* ☒ *MDC,*  ☒ *Cell block*

CR-53  (10/22)                    ABSTRACT OF COURT PROCEEDING