# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
05/22/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> v. <br><br> EDURADO VICENTE PELAYO RODRIGUEZ, <br><br> DEFENDANT. | CASE NUMBER: <br><br> 5:24-CR-00128-JGB  **1** <br><br> **WARRANT FOR ARREST** |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **EDUARDO VICENTE PELAYO RODRIGUEZ** and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Stalking, in violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5); Threats, in violation of Title 18 United States Code, Section 875(c); Threats and False Information Regarding Fire and Explosives, in violation of Title 18 United States Code, Section 844(e); and False Information and Hoaxes, in violation of Title 18 United States Code, Section 1038(a)(1).

| | | |
|---|---|---|
| Brian Karth <br> NAME OF ISSUING OFFICER <br><br> Clerk of Court <br> TITLE OF ISSUING OFFICER <br><br> *Vanina Verano-Carrillo* <br> SIGNATURE OF DEPUTY CLERK | | May 16, 2024            Los Angeles, CA <br> DATE AND LOCATION OF ISSUANCE <br><br> By: Hon. Stephanie S. Christensen <br> NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| May 16, 2024 <br> DATE RECEIVED <br><br> May 21, 2024 <br> DATE OF ARREST | Lisa Boylan <br> NAME OF ARRESTING OFFICER <br><br> Special Agent <br> TITLE <br><br> *signature* <br> SIGNATURE OF ARRESTING OFFICER |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**